# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01112-JLK

SAMANTHA CHARLOT, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

ASCENDA USA INC. d/b/a 24-7 INTOUCH,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ORDER TO APPROVE FLSA COLLECTIVE ACTION SETTLEMENT (ECF NO. 55)

Kane, J.

    Before the Court is Plaintiff's Unopposed Motion for Approval of FLSA Collective Action Settlement ("Motion"). (ECF No. 55). The Court finds that the settlement negotiated by the parties and described in their Settlement Agreement satisfies the criteria for approval of a Fair Labor Standards Act ("FLSA") collective action settlement because it resolves a bona fide dispute, is fair and equitable to all parties concerned, and contains a reasonable award of attorney fees and costs. Accordingly, the Court orders as follows:

(1) the settlement as set forth in the Confidential Settlement Agreement and Release ("Agreement") is APPROVED;

(2) the proposed Notice of Settlement is APPROVED, and the Notice of Settlement and settlement proceeds shall be distributed in accordance with the Agreement;

(3) a service award to lead Plaintiff Samantha Charlot is APPROVED; and

(4) Plaintiff's request for attorney fees, costs, and expenses as outlined in the Agreement is APPROVED.

1

The Motion (ECF No. 55) is hereby GRANTED and the above numbered cause is hereby DISMISSED WITH PREJUDICE.

DATED this 16th day of March, 2020.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE

2